IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JEMADARI CHINUA WILLIAMS,<br>SID # 1096436,<br><br>*Plaintiff,*<br><br>vs.<br><br>BEXAR COUNTY SHERIFF'S<br>OFFICE, ET AL.,<br><br>*Defendants.* | CIVIL NO.<br>SA-18-CA-1235-XR |

## ORDER

Plaintiff Jemadari Chinua Williams' Motion for Extension of Time [Entry # 13], seeking additional time to file an amended complaint in response to this Court's Show Cause Order, is **GRANTED**. **Plaintiff is granted twenty-one (21) days to file the amended complaint**. No further extension shall be granted. **With a copy of this Order, the Clerk of Court shall send Plaintiff a copy of the Show Cause Order [Entry # 4]**.

**IT IS SO ORDERED.**

SIGNED this 25th day of June, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1